CHARLES ST. JOHN, Respondent, *v.* FULTON MARKET REALTY CORPORATION, Appellant, Impleaded with Others.

*Contract — brokers — commissions — corporations — action to recover on alleged contract of employment to obtain purchaser for real property — authority of president of corporation to employ broker to sell property not dependent upon existence of authority on his part to enter into contract of sale.*

*St. John* v. *Fulton Market Realty Corp.*, 222 App. Div. 826, affirmed. (Argued June 14, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1928, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon an alleged contract whereby defendant, through its president, employed plaintiff as a broker to obtain a purchaser for certain real property. Plaintiff claimed that he produced a purchaser ready, able and willing to enter into a contract upon the terms given him by defendant's president. The defendant contended that its president had no authority to make the contract.

*John J. Crawford* and *Almon C. Kellogg* for appellant. *Milton Hertz* and *I. Maurice Wormser* for respondent.

Judgment affirmed, with costs. Held, that the apparent authority of the president of the corporation to employ a broker to sell real property is not dependent upon the

existence of authority on his part to enter into a binding contract for the sale thereof.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.